IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-62-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LEON BOYD MESSERLY, | |
| Defendant. | |

Upon the unopposed motion of the United States, and for good cause shown,

The United States' motion to appear by Zoom is GRANTED. The United States may appear by Zoom at the motion hearing to terminate Mr. Messerly's supervision on March 18, 2021, at 3:30 p.m.

DATED this 11th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court